IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZACHARY GOODMAN, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 12-cv-9851 |
| v. ) ) | Hon. Charles P. Kocoras |
| CASTING360, LLC, a California limited liability company, ) ) ) ) | |
| Defendant. ) | |

**ORDER**
**GRANTING PLAINTIFF'S MOTION FOR APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff's Motion for Approval of Class Action settlement was filed with the Court on February 25, 2013. The Court having read Plaintiff's Motion, as well as the points and authorities and declaration in support of the settlement, IT IS HEREBY ORDERED that:

1. The Court finds that the injunctive relief provided for in the "Settlement Agreement and Release" ("Settlement Agreement") is fair, reasonable, and adequate. The Court further finds that this Settlement was a result of arm's length negotiations conducted only after Class Counsel and Defense Counsel had diligently investigated and prosecuted this matter.

2. The Court finds, for settlement purposes only, that the Action meets all the prerequisites of Rule 23 of the Federal Rules of Civil Procedure, including numerosity, commonality, and typicality, that the Class Representative adequately represents the Settlement Class, and that Class Counsel are adequate to represent the settlement class. The Court further finds that Defendant has acted or refused to act on grounds that apply generally to the Class so that final injunctive relief is appropriate respecting the class as a whole.

3. The Court hereby approves the proposed Settlement Agreement and directs the parties to effectuate the Settlement's terms set forth in the Settlement Agreement.

4. For settlement purposes only, the Court hereby certifies the Settlement class as follows:

> All individuals in the United States who received one or more unsolicited text messages from or on behalf of Defendant Casting360, LLC.

5. The Court hereby appoints Plaintiff Zachary Goodman as the Class Representative and his counsel, Joseph Siprut of Siprut PC, as Class Counsel.

6. The Court finds that Class Counsel are experienced in class litigation, including litigation of similar claims in other cases, and have fairly and adequately represented the interests of the Settlement Class.

7. The Parties are hereby ordered to comply with the terms and conditions contained in the Settlement Agreement, which is incorporated by reference herein.

8. The Action is hereby dismissed with prejudice and without costs. This judgment has been entered without any admission by Defendant of liability or as to the merits of any of the allegations in the Complaint.

9. The Released Parties hereby release and forever discharge the Released parties from the Released Claims, as set forth in the Settlement Agreement.

10. The Court hereby grants approval of attorneys' fees in the amount of $27,000 to Class Counsel, which will be paid in the manner specified in the Settlement Agreement.

11. The Court hereby grants approval of the incentive payment to Zachary Goodman in the amount of $1,500 for his time and efforts serving as Class Representative, which will be paid in the manner specified in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: March 6, 2013

*Charles P. Kocoras*
CHARLES P. KOCORAS
UNITED STATES DISTRICT JUDGE

4833-6378-1650, v. 1